UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20884-CR-WILLAMS/SIMONTON

UNITED STATES OF AMERICA,
    Plaintiff,
v.

LESLIE ROBERTS,
    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO MODIFY BOND CONDITIONS

The Defendant, LESLIE ROBERTS ("Roberts"), by and through the undersigned counsel, respectfully files this Unopposed Motion for Motion to Modify Bond Conditions and states as follows:

1. On December 11, 2014, Roberts was released on a $75,000 personal surety bond co-signed by his wife with special conditions including that he not travel outside of the Southern District of Florida.

2. As a condition of his bond, Roberts is required to notify the Court and pre-trial services of any intended changes in residence.

3. Roberts presently resides at 5959 Collins Avenue, #908, Miami Beach, Fl and he seeks to move to 1445 16th Street, Unit 505, Miami Beach, Fl in order to lower his rent costs.

4.       Undersigned counsel contacted Assistant United States Attorney, Amanda Perwin who indicated that she does not object to this Motion.

**WHEREFORE**, the Defendant respectfully requests that this Honorable Court grant the Defendant's Unopposed Motion to Modify Bond Conditions and enter an Order in accordance herewith.

Respectfully submitted,

By: *s/ Michael Mirer*
MICHAEL MIRER, ESQ.
Florida Bar No.  0119490
Attorney for the Defendant
100 New World Tower
Suite 1300
Miami, Florida 33132
Tel.: 305-536-6177
Fax: 305-536-6179

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was furnished to: **Amanda Perwin, Assistant United States Attorney, Office of the United States Attorney**, 99 N.E. 4th Street, Miami, Florida 33132 on this 7th day of April, 2015.

By: *s/ Michael Mirer*
MICHAEL MIRER, ESQ.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20884-CR-WILLAMS/SIMONTON

UNITED STATES OF AMERICA,
    Plaintiff,
v.

LESLIE ROBERTS,
    Defendant.
_____/

**ORDER ON DEFENDANT'S UNOPPOSED**
**MOTION TO MODIFY BOND CONDITIONS**

**THIS CAUSE**, having come on for consideration before the Court, upon the Defendant's Unopposed Motion to Modify Bond Conditions and after having reviewed said Motion and being otherwise fully advised on its premises, it is hereby

**ORDERED AND ADJUDGED** that the Defendant's Unopposed Motion to Modify Bond Conditions is hereby_____.
_____
_____

**DONE AND ORDERED** in Miami, this _____ day of _____ 2015.

_____
THE HONORABLE KATHLEEN M. WILLIAMS
U.S. DISTRICT COURT JUDGE

cc:    Michael Mirer, Esq.
        Amanda Perwin, AUSA