UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20884-CR-WILLAMS/SIMONTON

UNITED STATES OF AMERICA,
        Plaintiff,
v.

LESLIE ROBERTS,
        Defendant.
_____/

### ORDER ON DEFENDANT'S UNOPPOSED MOTION TO MODIFY BOND CONDITIONS

**THIS MATTER** is before the Court upon the Defendant's Unopposed Motion to Modify Bond Conditions [D.E. 21]. Having reviewed the Motion, it is hereby **ORDERED AND ADJUDGED** that the Defendant's Unopposed Motion to Modify Bond Conditions is **GRANTED**. The Defendant is permitted to move to 1445 16th Street, Unit 505, Miami Beach, Florida 33139.

**DONE AND ORDERED** in Miami, this 9th day of April 2015.

THE HONORABLE KATHLEEN M. WILLIAMS
U.S. DISTRICT COURT JUDGE

cc:    Michael Mirer, Esq.
       Amanda Perwin, AUSA