UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20884-CR-WILLAMS/SIMONTON

UNITED STATES OF AMERICA,
    Plaintiff,
v.

LESLIE ROBERTS,
    Defendant.
_____/

## DEFENDANT'S MOTION TO CONTINUE SURRENDER

The Defendant, LESLIE ROBERTS ("Roberts"), by and through the undersigned counsel, in accordance respectfully files this Motion to Continue Surrender and states as follows:

1. On June 17, 2015, Roberts was sentenced to a 22 months imprisonment term followed by 3 years of supervised release restitution.

2. Roberts along with the undersigned has met with the FBI and the U.S. Attorney's office regarding the restitution and is in negotiations to determine the final amount.

3. In order for Roberts to finalize his negotiations with the FBI and the U.S. Attorney's office it is important that his surrender be delayed until after his restitution hearing scheduled for September 11, 2015.

4. Accordingly, undersigned counsel respectfully requests that Roberts' surrender be continued until September 28th, 2015.  The reason for the additional two weeks after the restitution hearing is to allow Mr. Roberts to spend his birthday with his wife prior to turning himself into the Bureau of Prisons.

5. Undersigned counsel has contacted Assistant United States Attorney, Amanda Perwin who indicated that she does not object to this Motion.

6. Accordingly, undersigned counsel respectfully requests that Roberts' surrender be continued until September 28th, 2015.

**WHEREFORE**, the Defendant respectfully requests that this Honorable Court grant the Defendant's Motion to Continue Surrender and enter an Order in accordance herewith.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was furnished to: **Amanda Perwin, Assistant United States Attorney, Office of the United States Attorney**, 99 N.E. 4th Street, Miami, Florida 33132 on this 29th day of July 2015.

Respectfully submitted,

By: *s/ Michael Mirer*
    MICHAEL MIRER, ESQ.
    Florida Bar No. 0119490
    Attorney for the Defendant
    100 New World Tower
    Suite 1300
    Miami, Florida 33132
    Tel.: 305-536-6177
    Fax: 305-536-6179

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20884-CR-WILLAMS/SIMONTON

UNITED STATES OF AMERICA,
    Plaintiff,
v.

LESLIE ROBERTS,
    Defendant.
_____/

### ORDER ON DEFENDANT'S MOTION TO CONTINUE SURRENDER

**THIS CAUSE**, having come on for consideration before the Court, upon the Defendant's Motion to Continue Surrender and after having reviewed said Motion and being otherwise fully advised on its premises, it is hereby

**ORDERED AND ADJUDGED** that the Defendant's Motion to Continue Surrender is hereby_____.

The Defendant's surrender in this matter is hereby_____.

**DONE AND ORDERED** in Miami, this _____ day of _____ 2015.

_____
THE HONORABLE KATHLEEN M. WILLIAMS
U.S. DISTRICT COURT JUDGE

cc:    Michael Mirer, Esq.
        Amanda Perwin, AUSA