UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20884-CR-WILLAMS/SIMONTON

UNITED STATES OF AMERICA,
         Plaintiff,
v.

LESLIE ROBERTS,
         Defendant.
_____/

## ORDER ON DEFENDANT'S UNOPPOSED MOTION TO MODIFY BOND CONDITIONS

**THIS CAUSE**, having come on for consideration before the Court, upon the Defendant's Unopposed Motion to Modify Bond Conditions and after having reviewed said Motion and being otherwise fully advised on its premises, it is hereby

**ORDERED AND ADJUDGED** that the Defendant's Unopposed Motion to Modify Bond Conditions is hereby _Granted_.

**DONE AND ORDERED** in Miami, this _20th_ day of _August_ 2015.

                                              THE HONORABLE KATHLEEN M. WILLIAMS
                                              U.S. DISTRICT COURT JUDGE

cc:    Michael Mirer, Esq.
        Amanda Perwin, AUSA