UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-20884-CR-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LESLIE ROBERTS,

    Defendant.
_____/

## ORDER ON UNOPPOSED MOTION TO CONTINUE RESTITUTION HEARING AND SURRENDER

**THIS MATTER** is before the Court upon Defendant Leslie Robert's unopposed motion to continue restitution hearing and surrender. (DE 43). The Court having reviewed the motion and being otherwise fully advised on the premises, it is **ORDERED AND ADJUDGED** that Defendant's motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Parties' joint request for an additional thirty (30) days to reach an appropriate restitution figure is **GRANTED**. The Parties' restitution hearing shall be **RESET** for **2:00 p.m.** on **October 9, 2015** before the Honorable Kathleen M. Williams, 400 North Miami Avenue, Courtroom 11-3, Miami, Florida.

2. Defendant Leslie Roberts' request to postpone his surrender date is **DENIED**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 9th day of September, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC: Michael Perry Mirer, Esq.
AUSA Amanda Perwin
AUSA Michelle B. Alvarez
U.S. Probation Office