UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-cr-20884-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LESLIE R. ROBERTS,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Defendant Leslie Robert's *pro se* motion requesting a judicial recommendation concerning halfway house placement. (DE 51). On review of the motion and the record, it is **ORDERED AND ADJUDGED** that Defendant's motion is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 18th day of April, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record/Probation
U.S. Marshal/BOP

Leslie Roberts
#19733-004
FCI Miami Satellite Camp
P.O. Box 779800
Miami, Florida 33177