# MINUTE ORDER

Page 10

## Magistrate Judge Jonathan Goodman

**King Building Courtroom 11-3** 2 PM33-004     Date: 7/10/18     Time: 1:30 p.m.

Defendant:  Leslie Roberts          J#: Summons     Case #:  14-20884-Cr-Williams

AUSA: Christopher Browne     Attorney: Michael Mirer (Perm)

Violation: Supervised Release Violation

Surr/Arrest Date: 7/10/18     YOB:

Proceeding:  Initial Appearance          CJA Appt:

Bond/PTD Held: ◌ Yes  ◌ No     Recommended Bond:

Bond Set at:          Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☑ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☑ Other: Comply w/previous Set Bond Conditions

Language: English

Disposition: Advised

50 K 10% w/wife Silvia Roberts, Co-Signer

2 days to deposit funds into court registry.

All Further Proceedings Before District Judge.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:     Time:     Judge:     Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 14:13:54          Time in Court: 8 min

s/ _____          Magistrate Judge