# MINUTE ORDER

Page 2

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**   Date: 8/2/18   Time: 1:30 p.m.

Defendant: Leslie Roberts   J#: 19733-004   Case #: 14-20884-CR-WILLIAMS
AUSA: Christopher Browne   Attorney: Michael Mirer (Perm)
Violation: SUPERVISED RELEASE VIOLATION   Surr/Arrest Date: 7/31/2018   YOB: 1962

Proceeding: INITIAL APPEARANCE   CJA Appt:
Bond/PTD Held: ○ Yes  ○ No   Recommended Bond:
Bond Set at:   Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
      Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language: English

Disposition:
Superseding Petition of Supervised Release filed on 7/18 & Petition for Bond Violation on Judge Goodman's Bond filed on 7/19

Defendant advised of rights and charges

"No Bond"

Issue of bond to be set down before Magistrate Judge Goodman

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:44:02   Time in Court: 6 mins

s/Lauren F. Louis   Magistrate Judge