# MINUTE ORDER

Page 10

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3  *PM33-004*  Date: 7/10/18  Time: 1:30 p.m.

Defendant: Leslie Roberts   J#: Summons   Case #: 14-20884-Cr-Williams
AUSA: *Christopher Browne*   Attorney: *Michael Mirer (Perm)*
Violation: Supervised Release Violation   Surr/Arrest Date: 7/10/18   YOB:

Proceeding: Initial Appearance   CJA Appt:
Bond/PTD Held: ⃝ Yes ⃝ No   Recommended Bond:
Bond Set at:   Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
      Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [x] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [x] Other: *Comply w/ previous set Bond Conditions*

Language: *English*

Disposition: *Advised*

*50 K 10% w/ wife Silvia Roberts, Co-Signer*

*2 days to deposit funds into court registry.*

*All Further Proceedings Before District Judge.*

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE  Date:  Time:  Judge:  Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. *14:13:54*   Time in Court: *8 /*

s/   Ma

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 3