## Case

USA V LESLIE H ROBERTS

DFLS114CR020884-001LESLIE ROBERTS

**Party Code:**

19733004

**Comments:**

## Summary Debt Balances

| Debt Type | Case Number | Total Imposed | Total Collected | Total Outstanding |
|---|---|---|---|---|
| SPECIAL PENALTY ASSESSMENT | DFLS114CR020884-001 | $100.00 | $100.00 | $0.00 |
| TREASURY REGISTRY | DFLS114CR020884-001 | $5,000.00 | $5,000.00 | $0.00 |
| VICTIM J&S RESTITUTION | DFLS114CR020884-A | $41,370.00 | $929.88 | $40,440.12 |
| VICTIM RESTITUTION | DFLS114CR020884-001 | $174,000.00 | $1,226.52 | $172,773.48 |
| **Totals** | | **$220,470.00** | **$7,256.40** | **$213,213.60** |

## Offender Payment History

| Date | Penalty Type | Case Number | Receipt | Paid |
|---|---|---|---|---|
| 07/10/2018 | TREASURY REGISTRY | DFLS114CR020884-001 | FLS100168880 | $5,000.00 |
| 06/25/2018 | VICTIM RESTITUTION | DFLS114CR020884-001 | FLS100167717 | $147.04 |
| 06/25/2018 | VICTIM J&S RESTITUTION | DFLS114CR020884-A | FLS100167717 | $34.96 |
| 05/21/2018 | VICTIM RESTITUTION | DFLS114CR020884-001 | FLS100165264 | $80.79 |
| 05/21/2018 | VICTIM J&S RESTITUTION | DFLS114CR020884-A | FLS100165264 | $19.21 |
| 04/30/2018 | VICTIM RESTITUTION | DFLS114CR020884-001 | FLS100164083 | $80.79 |
| 04/30/2018 | VICTIM J&S RESTITUTION | DFLS114CR020884-A | FLS100164083 | $19.21 |
| 03/19/2018 | VICTIM RESTITUTION | DFLS114CR020884-001 | FLS100161420 | $80.79 |
| 03/19/2018 | VICTIM J&S RESTITUTION | DFLS114CR020884-A | FLS100161420 | $19.21 |
| 02/21/2018 | VICTIM RESTITUTION | DFLS114CR020884-001 | FLS100159687 | $80.79 |
| 02/21/2018 | VICTIM J&S RESTITUTION | DFLS114CR020884-A | FLS100159687 | $19.21 |
| 01/19/2018 | VICTIM RESTITUTION | DFLS114CR020884-001 | FLS100157524 | $80.79 |
| 01/19/2018 | VICTIM J&S RESTITUTION | DFLS114CR020884-A | FLS100157524 | $19.21 |
| 12/18/2017 | VICTIM RESTITUTION | DFLS114CR020884-001 | FLS100155714 | $80.79 |
| 12/18/2017 | VICTIM J&S RESTITUTION | DFLS114CR020884-A | FLS100155714 | $19.21 |
| 11/15/2017 | VICTIM RESTITUTION | DFLS114CR020884-001 | FLS100154155 | $80.79 |
| 11/15/2017 | VICTIM J&S RESTITUTION | DFLS114CR020884-A | FLS100154155 | $19.21 |
| 10/13/2017 | VICTIM RESTITUTION | DFLS114CR020884-001 | FLS100152294 | $80.79 |
| 10/13/2017 | VICTIM J&S RESTITUTION | DFLS114CR020884-A | FLS100152294 | $19.21 |
| 09/25/2017 | VICTIM RESTITUTION | DFLS114CR020884-001 | FLS100150700 | $80.79 |
| 09/25/2017 | VICTIM J&S RESTITUTION | DFLS114CR020884-A | FLS100150700 | $19.21 |
| 08/22/2017 | VICTIM RESTITUTION | DFLS114CR020884-001 | FLS100149478 | $80.79 |
| 08/22/2017 | VICTIM J&S RESTITUTION | DFLS114CR020884-A | FLS100149478 | $19.21 |
| 07/27/2017 | VICTIM RESTITUTION | DFLS114CR020884-001 | FLS100148086 | $80.79 |
| 07/27/2017 | VICTIM J&S RESTITUTION | DFLS114CR020884-A | FLS100148086 | $19.21 |
| 06/26/2017 | VICTIM RESTITUTION | DFLS114CR020884-001 | FLS100146122 | $80.79 |
| 06/26/2017 | VICTIM J&S RESTITUTION | DFLS114CR020884-A | FLS100146122 | $19.21 |
| 12/29/2015 | VICTIM RESTITUTION | DFLS114CR020884-001 | FLS100114170 | $10.00 |
| 12/10/2015 | VICTIM RESTITUTION(BOP) | DFLS114CR020884-001 | B121015DFLS114CR0208840011024 | $100.00 |
| 06/22/2015 | SPECIAL PENALTY ASSESSMENT | DFLS114CR020884-001 | FLS100103297 | $100.00 |
| **Total Paid** | | | **$6,592.00** | |

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 14-20884-CR-KMW

EXHIBIT NO. 6