

Have these Warhol's for sell in my gallery if your interested

Prices?



GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7A



Howard

There mint perfect

Taking offers

Prices please client won't make offers.

I have One person who may buy all 3

Same day decision

80k

For all 3? Ok give me today let me see if I am reach him

Yes



Verizon  7:49 AM

Howard

I couldn't convince my client on it

Thu, Jun 7, 2:10 PM

That price you offered me is way off

They are worth 30 15 and 15. Every auction result at this level or below

What are the individual prices?

I sent out to my clients just now
40
20
20



GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7C

**Howard**

If I can find them

There hard to find cheap

Tue, Jul 10, 6:24 PM

> Hey. How much as the koons animals?

38k

> And individually?

Rabbit 14000
Swan 12000
Monkey 12000



GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7D

> Thanks

    

**Howard**

> Call me. Have a question about this koons deal.

Ok 30 min

*Wed, Jul 11, 1:03 PM*

> Don't do anything silly. Be smart here and sort this out.

*Wed, Jul 11, 2:24 PM*





  
  

Howard

> Thanks. How much is the no reply?

> ?

95 pp
82  for regular set

England winning

> 1-0

Great

Hope they win

Silvia and I were very happy to meet you today



  

  

**Howard**

He called me again he's saying he's has the Kaws originals and Can ask Pharrell

> Send me images

> I haveppl for them

Ok



Wed, Jul 11, 6:12 PM

> Do you have a pdf of the banksy book for keep it real?

> Have a client asking for provenance they are interested

  

  

Howard

Let me know if you want me to pick up my animals Koons sets too

> Will do waiting to hear from client

Ok 

Thu, Jul 12, 12:13 PM

Hi Guy
Pharrell guys are going to meet me tonight around 8 pm I'll keep you updated
Do you want to meet tomorrow at the gallery?
And do you need me to ship the Koons to Jennifer?

9





Howard

Good evening Guy
I wanted all night for these guys there at a high end restaurant right now with some of the Miami Heat players he told and will come tomorrow afternoon
If you want I'll wire you 60k in the morning  to cover the basquiat
Once I get the basquiat in my hands I'll text you ASAP
What do you think
Howard

Fri, Jul 13, 11:36 AM

Ok well I am into it for more than that and I know you owe



GOVERNMENT EXHIBIT

CASE NO. 14-20884-CR-KMW

EXHIBIT NO. 7I



Howard

Beverly Hills, CA 90212
Account Name: 10012 Holdings INC.
Account:
Routing:
SWIFT

Tony only gave me 60 for Ernok Do you want me to wire 28,000 And send the ankle bracelet today



GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7J

Yes but you owe Tony 40. He's not going to refund me in full until you deliver his pieces. This way it will stop him hassling you and fixes everything for the moment. Then once Ernok arrives we wire for the ankle bracelet and

11

  

**Howard**

No I sent his Pinocchio to Taiwan and piranhas to London and his Pinocchio is pee ordered and coming in with my

Yes I want to resolve everything
And especially make you happy
Lebron James it here in Miami
With all these guys
If your on the beach you might see them



Ok then please send me 60k now and then o speak to him.

Niki beach

  

**7:50 AM**



Howard

Thank you.

And I'll text you tonight when they show up

Thank you

Fri, Jul 13, 3:07 PM



**APOLLO BANK**

Wire/Funds Transfer Order

TO BE COMPLETED BY THE CUSTOMER REQUESTING THE WIRE TRANSFER ORDER

Date of Request: 7/13/2018
Wire Dollar Amount $ 60,000.00    Reduce Wire Amt by Fee ☐
Currency Type: USD

Fax Numbers:
786-364-0196
305-274-4845

**ORIGINATOR DATA**

Sender's Name: Grove Fine Art LLC
Address: ▮▮▮ Main St #20
Miami, FL 33133
Phone Number: ▮▮▮
Account No. to Debit: ▮▮▮
✓ Sender's Signature: Howard Roth
✓ Signature:

**BENEFICIARY BANK DATA**

ABA Routing/Swift N ▮▮▮
Name of Institution: First Republic Bank
Branch, if applicable: ▮▮▮ Wilshire Blvd. Beverly Hills, CA 90212

BENEFICIARY DATA

GOVERNMENT EXHIBIT
AO386-C
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7L

13



Text message screenshot from "Howard" (HR), 7:51 AM, showing an email:

- From: [redacted]@gmail.com
- Sent: Friday, July 13, 2018 1:21 PM
- To: Sandra Avila
- Subject: Bank wire

Please wire 60,000 USD To

**10012 HOLDINGS INC ACCOUNT**
First Republic Bank
[redacted] Wilshire Blvd.
Beverly Hills, CA 90212
Account Name: 10012 Holdings INC.
Account: [redacted]
Routing: [redacted]
SWIFT: [redacted]

From Grove Art account
Purchase Basquiat

Thank you
Howard Roberts
Director
Grove Fine Art

Wire completed



GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7M



Howard

will call you. You have 10000% percent nothing to worry about the deposit. We leave the Bora resort tonight.

> You keep saying every night and nothing happens

Ok

> So are saying 100 percent your bring it tonight?

> ?

Yes

> Thank you see you later
> Delivered

Your welcome

This is my text I started at 7 Am this morning



GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7N




  
  

Howard

Hi Guy
I returned the funds ASAP this morning
I'm trying to get a refund too from that guy
I waited until 1 Am last night at the gallery
Here's proof of the wire

> I meant for the Ernok. Still nothing?

Same guy
I sent him 183k June 29

I told him I'm calling the police today



GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7P

17



**Howard**

> Can you send the ankle bracelet to the gallery in NY and send me an invoice please for it

Yes

> Thank you

> Lmk if basquiat shows up

I have the ankle bracelet in my hands

> Yes I saw it

I'm so upset with this guy



GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 7Q

18

  
  

**Howard**

back

From the seller

> You should if he's not delivering

Tue, Jul 17, 3:10 PM

Silvia said to call her if you want to purchase the Kaws ▇▇▇ I'm not helping her anymore it's her gallery Please try and understand her English I can't translate for her Anymore



> It's not your piece?

Read 7/17/18