

GOVERNMENT
EXHIBIT

CASE NO.   14-20884-CR-KMW

EXHIBIT NO.   8

EUROPEAN FASHION OUTLET LLC
DBA VIA ART GALLERY
MIAMI, FL

1221

63-751/631 10810

Date 8-16-17

Pay To The
Order of   Gallery Art                    $ 10,000

Ten Thousand Dollars                              Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
Florida
wellsfargo.com

For

⑆000000122⑆ ⑆063107513⑆ 3079⑈