


GROVE FINE ART LLC
MIAMI, FL
352
63-1508/660

Date 3-30-16

Pay to the Order of: Gallery Art     $7500

Seven Thousand Five hundred — Dollars

APOLLO BANK
1150 South Miami Avenue
Miami, Florida 33130

For: Jefferson

GOVERNMENT EXHIBIT
CASE NO. 14-20884-CR-KMW
EXHIBIT NO. 10