UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-cr-20884-KMW

UNITED STATES OF AMERICA

Plaintiff(s),

vs.

Leslie Roberts

Defendant(s).
_____/

```
FILED by_____D.C.
    AUG 1 6 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA - MIAMI
```

**RELEASE OF EXHIBITS**

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
  Item Nos. _____

☐ Oversize records (larger than 10" x 12" x 15")
  Item Nos. _____

☐ Stored by Records Section in: ☐ Miami  ☐ FTL  ☐ WPB

☑ Other (Explain): Original Government's Exhibits Re D.E. 80

☑ Attachments
(Exhibit list, Order of Court)

Exhibits Released by:
_____
Records/Intake
(Deputy Clerk)

Signature: _____
Print Name: Betty Alfonso
Agency or Firm: USAO
Address: 99 NE 4 ST
         MIAMI, FL 33132
Telephone: (305) 961-9457
Date: 8/16/18

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| LESLIE ROBERTS | Case Number: 14-20884-CR-WILLIAMS |

| PRESIDING JUDGE<br>JONATHAN GOODMAN | PLAINTIFF'S ATTORNEY<br>CHRISTOPHER B. BROWNE | DEFENDANT'S ATTORNEY<br>MICHAEL MIRER |
|---|---|---|
| TRIAL DATE(S)<br>AUG. 8, 2018 | COURT REPORTER | COURTROOM DEPUTY<br>MICHAEL SANTORUFO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/8/18 | | ✓ | BOND CONDITIONS [ECF NO. 70] |
| 2 | | 8/8/18 | | ✓ | SECOND AMENDED JUDGMENT [ECF NO. 59] |
| 3 | | 8/8/18 | | ✓ | MINUTE ORDER RE: BOND [ECF NO. 69] |
| 4 | | 8/8/18 | | ✓ | PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |
| 5 | | 8/8/18 | | ✓ | PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION |
| 6 | | 8/8/18 | | ✓ | RESTITUTION PAYMENT HISTORY |
| 7AR | | 8/8/18 | | ✓ | TEXT MESSAGES BETWEEN DEFENDANT AND G.H. (EXHIBITS 7A THROUGH 7R) |
| 8 | | 8/8/18 | | ✓ | EUROPEAN FASHION OUTLET LLC CHECK |
| 9 | | 8/8/18 | | ✓ | VIA WORLD ART GALLERY LLC CHECK |
| 10 | | 8/8/18 | | ✓ | GROVE FINE ART LLC CHECK |
| 11 | | 8/8/18 | | ✓ | ARTICLES OF ORGANIZATION FOR VIA WORLD ART GALLERY LLC |
| 12 | | 8/8/18 | | ✓ | ANNUAL REPORT FOR EUROPEAN FASHION OUTLET LLC |
| 13 | | 8/8/18 | | ✓ | ARTICLES OF ORGANIZATION FOR GROVE FINE ART LLC |
| 14 | | 8/8/18 | | ✓ | ANNUAL REPORT FOR VIA ART GALLERY INC |
| 15 | | 8/8/18 | | ✓ | CORPORATE AMENDMENT FOR VIA ART GALLERY INC |
| 16 | | 8/8/18 | | ✓ | FIRST AMENDED JUDGMENT [ECF NO. 50] |
| 17 | | 8/8/18 | | ✓ | JUDGMENT [ECF NO. 37] |
| 18 | | 8/8/18 | | ✓ | JULY 17, 2018 E-MAIL TO DEFENSE COUNSEL |
| 19 | | 8/8/18 | | ✓ | Amended Judgement d.e. 50 |
| | | | | | Special Agent Robert Giczy |
| | | | | | Sr. Probation Officer Betty Menendez-Aponte |
| | | | | | Probation Officer Kip Jackson |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

