Leslie Roberts #19733-004
Federal Detention Center
P.O. Box 019120
Miami, Florida 33101-9120

November 15, 2018

Honorable Judge Kathleen M. Williams
United States District Court
400 North Miami Avenue
Miami, Florida 33132



Dear Judge Williams,

I hope this letter finds you well.

You have always been more than fair to me, I find myself writing you asking for your help. You are my Judge, and my only hope.

I have been incarcerated since August 1, 2018, on September 14, 2018 I was sentenced to five(5) months incarceration for my violation of supervised release. Because the sentence is less than a year and a day, I do not earn any good time.

The Bureau of Prisons has computated my sentence to reflect a projected release date of 12/30/2018, with Home Detention Eligibilty date of 12/16/2018, (see enclosed computation data sheet).

The problem is; at my progress review last week 11/09/2018, my Case Manager(Ms. Garcia) informed me that "I was eligible but, there is not enough time" to submit my paper work release to Home Confinement on 12/16/2018.

Your Honor, I have worked very hard these past few months in the prison kitchen, washing all the food trays, and keeping my area clean for $5.04 per month. To me it is compensated work therapy without any benefits.

I would be very greatful to be home with my wife and family for Christmas this year, Please grant me a five(5) day reduction of sentence or since I am eligible, order me to home confinement 5 days before my projected release date. That would still have me serve 4 months 25 days of incarceration. Or, any other relief the Court feels is just and proper. I pray from my heart that you may grant me my Christmas wish.

Wishing you a very Happy Holiday Season, Respectfull submitted,

*Leslie Roberts* (signature)

```
 MIMJB   540*23  *        SENTENCE MONITORING          *     10-19-2018
 PAGE 001        *         COMPUTATION DATA            *      14:35:53
                            AS OF 10-19-2018
```

REGNO..: 19733-004 NAME: ROBERTS, LESLIE

FBI NO...........: 723552EA3            DATE OF BIRTH: 09-26-1962  AGE:  56
ARS1.............: MIM/A-HLD
UNIT.............: UNIT C               QUARTERS.....: C07-009L
DETAINERS........: NO                   NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 12-16-2018

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  12-30-2018 VIA FT REL


------------------------CURRENT JUDGMENT/WARRANT NO: 030 ------------------------

COURT OF JURISDICTION............: FLORIDA, SOUTHERN DISTRICT
DOCKET NUMBER....................: 14-20884-CR-WILLIAMS
JUDGE............................: WILLIAMS
DATE SENTENCED/PROBATION IMPOSED: 06-15-2015
DATE PROBATION REVOKED...........: 09-14-2018
TYPE OF PROBATION REVOKED........: REG
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:   $100.00 *PAID*  $00.00           $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $41,370.00 *PAID*

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 150
OFF/CHG: 18:1341 MAIL FRAUD (CT1)(SRT VIOL)

 SENTENCE PROCEDURE..............: SUPERVISED RELEASE VIOLATION PLRA
 SENTENCE IMPOSED/TIME TO SERVE.:      5 MONTHS
 TERM OF SUPERVISION.............:      2 YEARS
 DATE OF OFFENSE.................: 09-30-2012


G0002           MORE PAGES TO FOLLOW . . .

Leslie Howard Roberts #19733-004
Federal Detention Center
P.O. Box 019120
Miami, Florida 33101-9120

**USMS INSPECTED**

**RECEIVED**

NOV 21 2018
12:16 PM



Honorable Judge Kathleen M. Williams
United States District Court
400 North Miami Avenue
Miami, Florida 33132

33128-180199