**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 14-20884-CR-WILLIAMS**

UNITED STATES OF AMERICA,

Plaintiff,

v.

LESLIE HOWARD ROBERTS,

Defendant,

and

APOLLO BANK,

Garnishee.
______________________________/

**ORDER OF DISPOSITION**

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Disposition of the Judgment Debtor's Nonexempt Interest in the Property Identified by the Garnishee. The Court having considered the Motion and being duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

The United States of America's Motion for Disposition is **GRANTED**. The Garnishee, is hereby directed to:

1. Liquidate the following accounts:

   - The three business accounts in the name of Grove Fine Art Limited Liability Company bearing account numbers, xxxx8020; xxxx5131; and xxxx7500.

   - The business account in the name of Via World Art Gallery, LLC bearing account number xxxx8279).

and deposit the monies with the Clerk of the Court by cashier's check, corporate check, money order or attorney's trust check. The check should be made payable to "U. S. Courts" and shall be delivered by U.S. mail or otherwise to U.S. District Court, 400 North Miami Avenue, 8N09, Miami, Florida 33128 and reference "U.S. v. Leslie Howard Roberts, Case No. 14-20884-CR-WILLIAMS, Restitution".

2. The Clerk of the Court is directed to apply the funds received from the Garnishee to the outstanding restitution judgment imposed against Defendant Leslie Howard Roberts in this action in accordance with 18 U.S.C. § 3612. Upon payment to the Clerk of Court, the Writ of Garnishment dated September 13, 2018, and directed to Garnishee Apollo Bank, (D.E. 92), is hereby DISSOLVED, and is of no further force or effect.

DONE AND ORDERED in Chambers at Miami, Florida, this __ day of February, 2019.

________________________________
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record