# COURT MINUTES

## Magistrate Judge Edwin G. Torres

| King Building Courtroom 10-5 | Date: 5/10/19   Time: 10:00 a.m. |
|---|---|

Defendant: Leslie Roberts        J#: 19733-004    Case #: 14-20884-CR-WILLIAMS
AUSA: Christopher Browne          Attorney: Jason Wadner, Temporary Counsel
Violation: SUPERVISED RELEASE VIOLATION
Proceeding: REPORT RE: CNSL/PROBABLE CAUSE      CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond:
Bond Set at: DETENTION                             Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Defendant WAIVES probable cause hearing and all further proceedings before Judge Williams. Mr. Wadner represents the status of his temporary appearance will be resolved before the final hearing on Friday 5/17/19 before Judge Williams. Judge Torres will not set an additional RRC hearing.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:     Time:     Judge:     Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:50:28                                Time in Court: 2