**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 14-20884-CR-KMW**

**UNITED STATES OF AMERICA**

**vs.**

**LESLIE ROBERTS, JR.,**

**Defendant.**
______________________________________/

**ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO RESCHEDULE FINAL REVOCATION HEARING**

THIS CAUSE is before the Court upon the government's unopposed motion to reschedule the Defendant's final revocation hearing, filed on May 20, 2019. Upon review of the Government's motion, the Court having jurisdiction over the premises and being otherwise fully advised, it is:

**ORDERED AND ADJUDGED** that:

1. The motion is GRANTED.

2. The sentencing hearing is hereby rescheduled for **May 24, 2019**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ___ day of May, 2019.

_________________________________
**HON. KATHLEEN M. WILLIAMS**
**UNITED STATES DISTRICT JUDGE**
**SOUTHERN DISTRICT OF FLORIDA**

cc: Counsel of record