UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-20884-CR-KMW

UNITED STATES OF AMERICA

vs.

LESLIE ROBERTS, JR.,

Defendant.

_____/

## ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION
## TO RESCHEDULE FINAL REVOCATION HEARING

THIS CAUSE is before the Court upon the government's unopposed motion to reschedule the

Defendant's final revocation hearing, filed on May 20, 2019. Upon review of the Government's motion,

the Court having jurisdiction over the premises and being otherwise fully advised, it is:

**ORDERED AND ADJUDGED** that:

1. The motion is GRANTED.

2. The sentencing hearing is hereby rescheduled for *May 31, 2019 at 1:00 pm*

**DONE AND ORDERED** in Chambers in Miami, Florida, this 22 day of May, 2019.

_____
HON. KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Counsel of record