UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20884-CR-WILLIAMS

UNITED STATES OF AMERICA

        Plaintiff,

v.

LESLIE ROBERTS
USM # 19733-004

        Defendant.
_____/

## JUDGMENT AND COMMITMENT
## UPON REVOCATION OF SUPERVISED RELEASE

**THIS MATTER** came before the Court upon the United States Probation Office's Petition for Revocation of Supervised Release DE 116. The Court held a final hearing on the Petition on May 30, 2019. The Defendant admits to violations 1, 2, 3, & 4. Accordingly, the Court accepted Defendant's admission and imposed the following sentence:

It is **ORDERED AND ADJUDGED** that Supervised Release is hereby **REVOKED** and the Court sentences the Defendant to imprisonment for term of **TIME SERVED**. A new term of Supervised Release is imposed for 24 months. The Defendant shall comply with all previously imposed conditions of supervised release and all other additional conditions as order in open Court.

**DONE AND ORDERED** in Chambers, at Miami, Florida this ___ day of May 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copy to:
Counsel of Record
Kip Jackson, USPO
John Carles, USPO
Bureau of Prisons / U.S. Marshals