AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY _CAS_ D.C.

SEP 10 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 14-20884-CR-WILLIAMS |
| Leslie Roberts | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court
for an Initial Appearance hearing.

| Place: BEFORE THE DUTY MAGISTRATE MAGISTRATE JUDGE TORRES LOCATED IN THE FEDERAL KING BLDG 99 NE 4th STREET MIAMI, FL 33132 | Courtroom No.: 10th Floor - Courtroom 10-5 |
|---|---|
| | Date and Time: 9/11/2019 at 2:00 PM |

This offense is briefly described as follows:
Violation of Special Condition, by owning, operating, acting as a consultant, being employed in, or participate in a manner, in any art or painting sales or related concerns during the period of supervision.

Date: 9/4/19

_/s/ M. Santurofo_
*Issuing officer's signature*

DEPUTY CLERK Michael A. Santurofo
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 9/6/19

_/s/_
*Server's signature*

John Carles U.S. Probation Officer
*Printed name and title*