# MINUTE ORDER

Page 3

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5     Date: 9/11/2019    Time: 2:00 p.m.

| Field | Value |
|---|---|
| Defendant: | LESLIE ROBERTS |
| J#: | SUMMONS |
| Case #: | 14-20884-CR-WILLIAMS |
| AUSA: | Sean Cronin |
| Attorney: | Jason Wadner |
| Violation: | VIOLATION OF SUPERVISED RELEASE |
| Surr/Arrest Date: | |
| YOB: | |
| Proceeding: | Initial Appearance |
| CJA Appt: | |
| Bond/PTD Held: | ○ Yes ○ No |
| Recommended Bond: | |
| **Bond Set:** | **$20,000 personal surety** |
| Co-signed by: | |

- [✓] ***Surrender and/or do not obtain passports/travel docs***
- [✓] ***Report to PTS as directed*** /or _____ x's a week/month by phone: _____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services / Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [✓] ***Other: All current conditions of supervised release incorporated***

Language: ENGLISH

Disposition:
Counsel appears Permanent.
The Court sets the STIPULATED bond.
All further proceedings before Judge Williams.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 14:16:31      Time in Court: 2

s/Edwin G. Torres      Magistrate Judge