**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO.: 1:14-cr-20884-KMW-1**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LESLIE ROBERTS,

Defendant.
_______________________________________/

**DEFENDANT LESLIE ROBERTS MOTION FOR CONTINUANCE**

COMES NOW, the Defendant, LESLIE ROBERTS, by and through his undersigned counsel, and hereby files this Motion for Continuance pursuant to 18 U.S.C. 3161. In support of the above, the undersigned states as follows:

1. The above-styled case is currently set for Final Supervised Release Revocation Hearing before Judge Kathleen M. Williams on October 16, 2019 at 3:00 p.m. [D.E. 138].

2. The Defendant is currently attending Miami-Dade Community College and he is scheduled for a important examination on the same day of the hearing. (*See*,



Jason M. Wandner, P.A., Attorney At Law
100 N. Biscayne Boulevard, Suite 1607, Miami, Florida 33132. Tel. (305) 868-1655. Fax (305) 503-7480
Jason@wandnerlaw.com . www.wandnerlaw.com

Exhibit "1" Defendant's Miami-Dade Community College Identification card and Miami-Dade Community College testing schedule, attached hereto).

3. As such, Defendant, Leslie Roberts, requests this Court to grant the Agreed Motion for Continuance and to reset the case to another date.

4. Assistant United States Attorney Christopher Browne does not object to the continuance of this motion. He has also informed Undersigned counsel that the FBI Agent who is a witness in this matter for the Governmenent will be out of town from October 24, 2019 through October 27, 2019 and request the hearing not to be set during that time frame.

5. Undersigned counsel will also be out of town on a special set hearing on October 21, 2019, Undersigned counsel will also be out of town on a special set hearing on November 4, 2019 and November 5, 2019. Moreover, Undersigned counsel will be out of town from November 22, 2019 through November 29, 2019. Finally, Undersigned counsel has a special set criminal matter set for the week of December 2, 2019.

WHEREFORE, the Undersigned requests this Court to grant the instant motion and enter an Order to extend the hearing date.

Respectfully submitted,

JASON M. WANDNER, P.A.
100 N. Biscayne Boulevard
Suite 1607
Miami, Florida 33132
Telephone: (305) 868-1655
Facsimile: (305) 503-7480
E-mail: Jason@wandnerlaw.com
Website: www.wandnerlaw.com

By: _______/s/______________________
JASON M. WANDNER, ESQUIRE
Florida Bar No. 114960

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing document was electronically filed with the Clerk CMF/E-Fling on this 8th day of October, on all parties of record in the manner indicated on the Service List below:

Michael Perry Mirer, Esq.
Law Office of Michael Mirer, P.A.
100 North Biscayne Boulevard
Suite 1300
Miami, FL 33132
305-536-6177
Fax: 536-6179
Email: michael@mirerlaw.com
*LEAD ATTORNEY*

Amanda Perwin
US Attorney's Office
99 NE 4th Street
Miami, FL 33132
305-961-9061
Email: amanda.perwin@usdoj.gov

Christopher Barrett Browne
United States Attorney's Office
Southern District of Florida
99 Northeast Fourth Street, 6th Floor
Miami, FL 33132-2111
305-961-9419
Fax: 305-530-7976
Email: christopher.browne@usdoj.gov

Danielle Nicole Croke
US Attorney's Office, Southern District of Florida
99 NE 4th Street
Miami, FL 33132
305.961.9420
Email: danielle.croke@usdoj.gov

Michelle B. Alvarez
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9088
Fax: 536-7599
Email: michelle.alvarez@usdoj.gov