# MDCard

***STUDENT***
1000201166

**LESLIE H**
**ROBERTS**

**6029 2200 2870 9895**

Issued at: *WOLFSON*
Issued on: 10/02/2019



Leslie H. Robert

Miami Dade College
For Official MDC Use Only

1

# MIAMI DADE COLLEGE WOLFSON CAMPUS

## BUL2241 BUSINESS LAW 1, REF#5464
**Wednesdays: 5:40 p.m. – 9:10 p.m.**
**COURSE SYLLABUS- FALL 2019**

**Instructor: Frank C. Bocanegra, Esq.**
**E-mail: fbocalaw@gnail.com**
**Telephone: 786 351-7645**

**COURSE OVERVIEW:**

This is an introduction course in law, specifically in relation to the proper conduct of business, including a consideration of the nature and source of law, courts and courtroom procedures, contracts and property rights.

**ELIGIBILITY:**

No pre-requisites.

**REQUIRED TEXT:**

Business Law Today, Roger LeRoy Miller-11th Edition-ISBN:798-13373-46795

**INSTRUCTIONAL STRATEGIES:**

Lecture, class discussion, question and answer, role play and group activities will be employed. Students are responsible for all topics covered in class as well as textbook reading assignments. Critical thinking will be required to perform well in this class.

Students are required to bring their textbook and any other assigned materials. Class participation is required. The Chapters assigned for the class must be read in preparation for the class. Questions will be presented for discussion during the class regarding the material.

**ATTENDANCE:**

We will meet every Wednesday from 5:40pm to 9:10pm. Regular class attendance and participation is important and expected. You are expected to come to class on time and be present for the entire class session. In the event of an absence, it is your responsibility to notify your instructor of the anticipated absence via- e-mail or phone prior to the absence. If more than two classes are missed, the instructor may reduce your course grade or drop you from the course prior to the College's Drop deadline. You will be held responsible for all the material covered in class during your absence.

Registration | Miami Dade College

Favorites ▾ Main Menu ▾ > Self Service ▾ > Student Center

Miami Dade College

**Leslie Roberts**

go to ...

Search | Plan | Enroll | My Academics

my class schedule | add | drop | edit | term information

## My Class Schedule

**Select Display Option** ○ List View ◉ Weekly Calendar View

<< previous week | **Week of 10/14/2019 - 10/20/2019** | next week >>

Show Week of 10/16/2019 Start Time 8:00AM End Time 6:00PM refresh calendar

| Time | Monday Oct 14 | Tuesday Oct 15 | Wednesday Oct 16 | Thursday Oct 17 | Friday Oct 18 | Saturday Oct 19 | Sunday Oct 20 |
|---|---|---|---|---|---|---|---|
| 8:00AM | | | | | | | |
| 9:00AM | | | | | | | |
| 10:00AM | | | | | | | |
| 11:00AM | | | | | | | |
| 12:00PM | | | | | | | |
| 1:00PM | | | | | | | |
| 2:00PM | | | | | | | |
| 3:00PM | | | | | | | |
| 4:00PM | | | | | | | |
| 5:00PM | | | BUL 2241 - 0021<br>Lecture<br>5:40PM - 9:10PM<br>Wolfson, Bldg 3000 Rm 3215-00 | | | | |
| 6:00PM | | | | | | | |

**Display Options**

- [x] Show AM/PM
- [ ] Show Class Title
- [ ] Show Instructors
- [x] Monday
- [x] Tuesday
- [x] Wednesday
- [x] Thursday
- [x] Friday
- [x] Saturday
- [x] Sunday

refresh calendar

Printer Friendly Page

Search Plan Enroll My Academics

My Class Schedule Add Drop Edit Term Information

go to ...