UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20884-CR-WILLIAMS

**UNITED STATES OF AMERICA**

vs.

**LESLIE ROBERTS,**

    **Defendant.**
_____/

## NOTICE OF FILING

The United States of America respectfully files this Notice of Filing pursuant to Administrative Order 2016-70 and the Court's Order, dated March 8, 2017. Through this Notice of Filing, the Government has attached the exhibits admitted during the Final Revocation Hearing held on November 8, 2019.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY


By:   */s/ Christopher B. Browne*
    CHRISTOPHER B. BROWNE
    Assistant United States Attorney
    Florida Bar No. 91337
    99 Northeast 4th Street, 4th Floor
    Miami, FL 33132
    Tel: (305) 961-9419
    Email: christopher.browne@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Clerk of Court using CM/ECF this 12th day of November 2019.

By: */s/ Christopher B. Browne*
CHRISTOPHER B. BROWNE
Assistant United States Attorney