# EXHIBIT 2 - REDACTED

Please reference the Report and Recommendation for Final Revocation Hearing, dated October 17, 2019, issued by the United States Probation Office