# EXHIBIT 3

E

# FRAME ART INCORPORATED

96 SW 7TH ST
MIAMI FL 33130-3010
305-3587226
Wed 08/28/2019 9:51 AM

Sub Total:                              $650.00
- - - - - - - - - - - - - - - - - - - -
Total:                                  $650.00

                    PURCHASE
APPROVED                                 345028

Txn ID:#d87T4814              Type:CREDIT
Card Type:AMEX                Number :*7128
Entry Mode: Chip
SIGNATURE                             Issuer
A0000000025010402             TVR:0000008000
IAD:06010103600A002                TSI:F800
ATC:00B8              TC:AAF9B153A02F8B3F

            THANK YOU


GOVERNMENT EXHIBIT 3