# EXHIBIT 4



GOVERNMENT
EXHIBIT
4