# EXHIBIT 7


