# EXHIBIT 8

**TRANSACTION #D87F4818**  8/28/19 | 9:51 AM

Les Roberts ✓ Completed

 ****7128    $650.00

SUMMARY    HISTORY    NOTES    RECEIPT


GOVERNMENT EXHIBIT